[No. 338. Decided June 30, 1892.]

THE STATE OF WASHINGTON, *on the Relation of Columbia and Puget Sound Railroad Company, Respondent,* v. BOARD OF HARBOR LINE COMMISSIONERS, W. F. PROSSER, EUGENE SEMPLE, FRANK H. RICHARDS, H. F. GARRETSON AND D. C. GUERNSEY, *Appellants.*

*Appeal from Superior Court, King County.*

*W. C. Jones,* Attorney General, *Eugene Semple,* and *Wiley, Hale & Scott,* for appellants.

*Andrew F. Burleigh,* and *Burke, Shepard & Woods,* for respondent.

ANDERS, C. J.—In this case the identical questions are again presented which were involved in the case of *Board of Harbor Line Commissioners v. State ex rel Yesler,* 2 Wash. 530 (27 Pac. Rep. 550). The present case was submitted without oral argument, and no points are made in the brief of counsel which were not fully considered in the former case. Our views upon all the questions involved were there so thoroughly expressed that further comment becomes unnecessary.

For the reasons given in the opinion in that case, the judgment of the court below is reversed, and the cause remanded with directions to sustain the demurrer to the affidavit, and dismiss the petition.

STILES, SCOTT, DUNBAR and HOYT, JJ., concur.

———

[No. 450. Decided June 30, 1892.]

LOUIS HENSCHEL, *Respondent,* v. WESTERN ASSURANCE COMPANY *Appellant.*

*Appeal from Superior Court, Pierce County.*

*Ben Sheeks (T. C. Van Ness,* of counsel), for appellant.
*Tripp, Town, Likens & Dillon,* for respondent.

STILES, J.—This case is identical with that of *Henschel v. Oregon F. & M. Ins. Co., ante,* p. 476; and for the reasons therein given, this judgment is likewise affirmed.

SCOTT and DUNBAR, JJ., concur.

HOYT, J., and ANDERS, C. J., dissent.